## ABBOTT *v.* WARDEN OF THE MARYLAND PENITENTIARY

[App. No. 137, September Term, 1963.]

*Decided April 17, 1964.*

Before HENDERSON, HAMMOND, PRESCOTT, MARBURY and SYBERT, JJ.

PER CURIAM.

Application for leave to appeal from a denial of post con-

viction relief is denied for the reasons set out in the opinion of the court below. .